UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23354-BLOOM/Otazo-Reyes

PALMETTO EKG & ECHO READERS,
PROFESSIONAL ASSOCIATION,

    Plaintiff,

v.

CIGNA HEALTHCARE OF FLORIDA,
INC.,

    Defendant.
_____/

## ORDER STAYING AND CLOSING CASE

**THIS CAUSE** is before the Court upon the Joint Motion for Temporary Stay of Proceedings Pending Settlement, ECF No. [9] ("Motion"), filed on November 4, 2022. For good cause shown, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [9]**, is **GRANTED**.

2. The above-styled action is **STAYED** and administratively **CLOSED** without prejudice to the parties to file appropriate dismissal documentation.

3. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

4. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

5. Either party may move to reopen the case at any time.

6. Plaintiff's Motion for Remand, **ECF No. [8]**, is **DENIED WITHOUT PREJUDICE** to Plaintiff refiling it should the parties fail to reach a full settlement.

Case No. 22-cv-23354-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 7, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record